| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Blatt, Solomon, Jr | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P. O. Box 835<br><br>Charleston, SC  29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Personal Representative | Estate of ██████████ deceased |

# II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 17 A 9: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | S. C. Retirement Fund (from my father's estate) | 28448.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Woodmen of the World | A | Interest | J | T | | | | | |
| 2.   First Clearing /Wachova #1S Assets on lines 3-16 | | | | | | | | | |
| 3.      First National Corp | A | Dividend | | | Donated | | | | |
| 4.      SCANA Corp | B | Dividend | | | Donated | | | | |
| 5.      Southern Co | B | Dividend | | | Donated | | | | |
| 6.      Verizon | B | Dividend | | | Donated | | | | |
| 7.      Pall Corp | A | Dividend | | | Donated | | | | |
| 8.      Schering Plough Corp | A | Dividend | | | Sold | 6/17 | K | | |
| 9.      Unocal Corp | A | Dividend | | | Donated | | | | |
| 10.     Pitney Bowes | A | Dividend | | | Sold | 04/20 | K | D | |
| 11.     Cass Information Systems | | None | | | Buy | 06/17 | K | | |
| 12. | | | | | Donated | | | | |
| 13.     Community Bancshares | A | Dividend | | | Buy | 04/20 | K | | |
| 14. | | | | | Donated | | | | |
| 15.     Shell T&T PLC | | None | | | Buy | 04/20 | K | | |
| 16. | | | | | Donated | | | | |
| 17.     Bank of America Checking Account | A | Interest | J | T | | | | | |
| 18.   Wachovia #2S Assets on lines 19-27 | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Bowater Inc. | A | Dividend | | | Donated | | | | |
| 20. Teco Energy Co. | A | Dividend | | | Donated | | | | |
| 21. U.S. Tresaury Bonds | | None | | | Donated | | | | |
| 22. Wachovia Evergreen Prime Cash Management Fund | A | Dividend | | | Donated | | | | |
| 23. Valero Energy Corporation New | A | Dividend | | | Donated | | | | |
| 24. NASDAQ - 100 | | None | | | Donated | | | | |
| 25. Westjet Airlines | | None | | | Donated | | | | |
| 26. Alabama Pwr Co 5.83% PFD | A | Dividend | | | Buy | 04/14 | J | | |
| 27. | | | | | Donated | | | | |
| 28. Wachovia Bank Assets on lines 29-34 | | | | | | | | | |
| 29. Wachovia Evergreen Prime Cash Management Fund | A | Dividend | L | T | | | | | |
| 30. Valero Energy Corporation New | A | Dividend | K | T | | | | | |
| 31. First Energy Corp | A | Dividend | K | T | | | | | |
| 32. Moody's Corporation | A | Dividend | K | T | | | | | |
| 33. Westjet Airlines | | None | K | T | | | | | |
| 34. U.S. Treasury Bonds | | None | K | T | | | | | |
| 35. First Defence II, Inc. | B | Distribution | K | T | | | | | |
| 36. First Clearing Corporation Assets on lines 37-58 | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ConocoPhilips Inc. | A | Dividend | K | T | | | J | | |
| 38. E I Dupont | A | Dividend | | | Sold | 12/30 | K | | |
| 39. Exxon Corp. | B | Dividend | K | T | | | | | |
| 40. First Financial Holdings Inc. | B | Dividend | L | T | | | | | |
| 41. General Electric Co. | B | Dividend | K | T | | | | | |
| 42. First National Corp. | A | Dividend | L | T | | | | | |
| 43. Sonoco Products Co | A | Dividend | | | Sold | 06/17 | K | C | |
| 44. Union Planters Corp | B | Dividend | K | T | | | | | |
| 45. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 46. Fla Rock Ind Inc | A | Dividend | | | Sold | 8/30 | K | E | |
| 47. Amgen | | None | K | T | | | | | |
| 48. Nokia Corp | A | Dividend | | | Buy Add'tl | 04/20 | J | | |
| 49. | | | | | Sold | 07/29 | K | | |
| 50. Pfizer | A | Dividend | K | T | | | | | |
| 51. Synovus | B | Dividend | K | T | | | | | |
| 52. Amsouth Bancorporation | | None | K | T | Buy | 12/30 | K | | |
| 53. Cass Information Systems | A | Dividend | K | T | Buy | 06/17 | K | | |
| 54. Chesapeake Energy Corp | A | Dividend | K | T | Buy | 07/29 | K | | |

1. Income/Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)   U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Community Bancshares | A | Dividend | J | T | Buy | 06/09 | J | | |
| 56. Kerr-Mc Gee | A | Dividend | K | T | Buy | 06/09 | K | | |
| 57. Regions Financial Corp | A | Dividend | J | T | Buy | 06/09 | J | | |
| 58. SCBT Financial Corpo | B | Dividend | K | T | Buy | 04/20 | K | | |
| 59. T. Rowe Price Equity Index #S3 | A | Dividend | | | Donated | | | | |
| 60. T. Rowe Price Blue Chip Growth #S3 | A | Dividend | | | Donated | | | | |
| 61. T. Rowe Price Growth #S3 | A | Dividend | | | Donated | | | | |
| 62. T. Rowe Price Equity Index | A | Dividend | J | T | | | | | |
| 63. T. Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | | |
| 64. T. Rowe Price Growth | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Blatt, Solomon, Jr | 5/9/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. In Part I, I previously reported my position as executor of ████████ estate. The estate was closed on March 30, 2004, so this position no longer exists.

2. In Part I, I am the Personal Representative of ████████ estate. All assets have been distributed to ████████████████.

3. In Part VII, lines 3-7, 9, 11-161, 19-27, and 59-61 are assets formerly owned by ████████████ passed away on August 19, 2004. The assets of ███ estate, by way of a qualified disclaimer under IRC section 2518, passed to ████████ under the terms of ███ will. The assets designated "Donated" were these assets that were distributed to ████████ by Solomon Blatt, Jr., Personal Representative.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Blatt, Solomon, Jr | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date **5/10/05**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544